AUSA: Timothy Turkelson  Telephone: (810) 766-5177
AO 93 (Rev. 11/13) Search and Seizure Warrant
Special Agent: Troy Wohlfert  Telephone: (989) 892-6525

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

In the Matter of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 20-mc-50178-38
THE CELLULAR DEVICE ASSIGNED CALL )
NUMBER 989-501-0448 )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Eastern__ District of __Michigan__.
*(describe the property to be searched and give its location)*:

See ATTACHMENT A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the property described above, and that such search will reveal *(describe the property to be seized)*:

See ATTACHMENT B.

This Warrant, including its attachments, also serves as a Pen Register order under 18 U.S.C. § 3123. The Court makes the following findings: __Tremelle Davenport__ is the person to whom the pen register or trap and trace device is to be attached/applied and who is the subject of the criminal investigation; (__989__) __501__ - __0448__ to which the device is to be attached; and __21__ U.S.C. § __841__ is the offense, or one of the offenses, to which information relates.

**YOU ARE COMMANDED** to execute this warrant on or before __February 18, 2021__ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Magistrate on Duty__.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*  ☑ until, the facts justifying, the later specific date of __June 25, 2021__.

Date and time issued: _____
                              *Judge's signature*

City and state: __Bay City, Michigan__        __Patricia T. Morris, U. S. Magistrate Judge__
                                                                    *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 20-mc-50178-38 | Date and time warrant executed: 2/4/2021 1:00pm | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of: N/A | | |
| Inventory of the property taken and name of any person(s) seized: Digital Data | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/4/21

*Executing officer's signature*

Troy Wohlfert Special Agent
*Printed name and title*