UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN THE MATTER OF THE SEARCH OF:      Case No. 20-mc-50178-3
2011 BUICK LACROSSE BEARING MICHIGAN
LICENSE PLATE NUMBER CBH155 VEHICLE I
DENTIFICATION NUMBER 1G4GE5ED8BF216814

## MOTION TO SEAL

Now comes the United States of America by Matthew Schneider, United States Attorney for the Eastern District of Michigan, and Timothy Turkelson, Assistant United States Attorney, and moves this court to seal the Tracking Warrant, Affidavit, and this motion to seal in the above entitled case in order that the investigation continue; and that such sealing remain in force and operation until further order of this court.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

Dated: March 17, 2020      s/Timothy Turkelson
    Assistant United States Attorney

IT IS SO ORDERED.

Dated: March 17, 2020      _____
    PATRICIA T. MORRIS
    United States Magistrate Judge